IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMU JAMES,**<br><br>           Plaintiff,<br><br>     v.<br><br>**D. GONZALEZ, et al.,**<br><br>           Defendants. | Case No. 2:23-cv-00188-CKD<br><br>**ORDER GRANTING MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |

Defendants moved to modify the Discovery and Scheduling Order (ECF No. 25), to extend the fact-discovery cut-off and summary-judgment deadlines by thirty-days. Good cause appearing, the Court **GRANTS** Defendants' motion. The fact discovery cut-off is extended to **August 4, 2024**, and the deadline to file summary-judgment motions is extended up to and including **November 6, 2024**. IT IS SO ORDERED.

Dated: July 8, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE