IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMU JAMES,**<br><br>Plaintiff,<br><br>v.<br><br>**D. GONZALEZ, et al.,**<br><br>Defendants. | Case No. 2:23-cv-0188-CKD-P<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |

Defendants moved to modify the Discovery and Scheduling Order (ECF Nos. 24, 26), to extend the summary-judgment deadline by twenty-one (21) days. Good cause appearing, the Court **GRANTS** Defendants' motion. The deadline to file summary-judgment motions is extended up to and including **November 27, 2024**. **IT IS SO ORDERED.**

Dated: October 28, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE