UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMU JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>D. GONZALEZ, et al.,<br><br>    Defendants. | No.  2:23-cv-0188 CKD P<br><br><br>ORDER |

Plaintiff filed motions for an extension of time to file an opposition to defendants' motion for summary judgement filed on November 27, 2024.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motions for an extension of time (ECF Nos. 31, 32) are granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion for summary judgment.

Dated:  December 18, 2024

                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

12/jame0188.36

1