UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMU JAMES, | No. 2:23-cv-0188 CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. GONZALEZ, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file an opposition to defendants' motion for summary judgment filed on November 27, 2024. Good cause appearing, the request will be granted. Any further extensions of time for this purpose will require good cause shown for circumstances outside of plaintiff's control.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 34) is GRANTED; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the motion for summary judgment. Any further extensions of time for this purpose will require good cause shown for circumstances outside of plaintiff's control.

Dated: January 28, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, jame0188.36sec

1