UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMU JAMES, | No. 2:23-cv-0188 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. GONZALEZ, et al., | |
| Defendants. | |

Plaintiff has requested a 60-day extension of time to file objections to the findings and recommendations filed on July 23, 2025. Good cause appearing, the request will be granted in part.

IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time (ECF No. 42) is GRANTED in part; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations filed on July 23, 2025.

Dated: August 27, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, jame0188.36sec

1