UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMU JAMES,

          Plaintiff,

    v.

D. GONZALEZ, et al.,

          Defendants.

No.  2:23-cv-0188 TLN CKD P

ORDER

Plaintiff has filed his second request for an extension of time to file objections to the July 23, 2025, findings and recommendations.  Good cause appearing, the request will be granted.

IT IS HEREBY ORDERED as follows:

1.  Plaintiff's motion for an extension of time (ECF No. 45) is GRANTED; and

2.  Plaintiff is granted 30 days from the date of this order in which to file objections to findings and recommendations. No further extensions of time will be granted absent good cause shown for circumstances outside of plaintiff's control.

Dated:  October 8, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, jame0188.36sec(2)

1