UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMU JAMES,<br><br>                    Plaintiff,<br><br>          v.<br><br>D. GONZALEZ, et al.,<br><br>                    Defendants. | No.  2:23-cv-0188-TLN-CKD<br><br><br>**ORDER** |

This matter is before the Court on Defendants' Motion for Summary Judgment.  (ECF No. 29.)  Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 23, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 41.)  Plaintiff filed a motion to recall or stay the findings and recommendations which also contains objections to the findings and recommendations.  (ECF No. 48.)  Defendants filed a response.  (ECF No. 53.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

1

Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations (ECF No. 41) are adopted in full;

2. Defendants' motion for summary judgment (ECF No. 29) is GRANTED;

3. Plaintiff's motion to recall or stay the findings and recommendations (ECF No. 48) is DENIED; and

4. The Clerk of the Court is directed to close this case.

Date: May 7, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2